IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN WILSON,

      Plaintiff,                                  NO. 2:11-cv-2033 MCE GGH

      vs.

KAUAI RESTAURANTS, INC.,

      Defendant.                             <u>ORDER TO SHOW CAUSE</u>

_____/

        Presently before the court is defendant's request for issuance of subpoenas, filed October 24, 2012.  Defendant seeks two subpoenas signed by a judge, for two facilities which provided medical or mental treatment to plaintiff, Beale Air Force Base and Yuba Sutter Mental Health Center.  Defendant claims that when provided with subpoenas, presumably signed by the attorney or the Clerk of the Court, these two entities refused to comply, demanding either a consent form signed by plaintiff or a subpoena signed by a judge.  Defendant states that according to military policy and the federal Privacy Act, the Air Force sent defense counsel a letter, citing Air Force Instruction 51-301 in support of its requirement of a judge-signed subpoena. (Dkt. no. 13, Ex. A.)  Defendant has submitted a proposed subpoena for the

\\\\\

\\\\\

1 undersigned's signature.[1]  (Id., Ex. B.)  Although defendant has requested that plaintiff consent to
2 the disclosures in the alternative, plaintiff has not responded to the request.
3        Other than an Air Force Instruction cited in a letter, defendant has provided no
4 authority for its request.[2]  Furthermore, Yuba Sutter Mental Health Center does not appear to be
5 subject to Air Force Instructions and exempt from the Federal Rules of Civil Procedure.
6        Accordingly, IT IS ORDERED that: Plaintiff shall show cause within seven (7)
7 days of this order why the court should not order the aforementioned third party entities to
8 respond to the subpoenas already served on them.  Failure to respond to this order will result in
9 an order that the clerk issued subpoenas be enforced pursuant to Fed. R. Civ. P. 45(a)(3).
10 DATED: November 1, 2012

                /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE

GGH:076/Wilson2033.R45.wpd

---

[1] The subpoena form submitted does not contain the name of the third party subject to the subpoena.

[2] The court is not aware of any authority providing that Air Force Instructions trump the Federal Rules of Civil Procedure.