SUSAN L. SCHOENIG, Bar No. 91048
susan.schoenig@bbklaw.com
LAURA J. FOWLER, Bar No. 186097
laura.fowler@bbklaw.com
Best Best & Krieger LLP
500 Capitol Mall
Suite 1700
Sacramento, CA  95814
Telephone:  (916) 325-4000
Facsimile:  (916) 325-4010

Attorneys for Defendant
KAUAI RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WILSON,<br><br>  Plaintiff,<br><br>v.<br><br>KAUAI RESTAURANTS, INC., a California corporation; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.  2:11-cv-2033-MCE-GGH<br><br>**ORDER RE: COMPLIANCE WITH SUBPOENA** |

On November 2, 2012, this Court issued an Order to Show Cause ("Order"), directing Plaintiff to show cause within seven (7) days as to why the Court should not order third party entities United States Air Force and the Yuba Sutter Mental Health Center to respond to subpoenas previously served on them pursuant to Fed. R. Civ. P. 45.  To date, Plaintiff has not filed any response to this Order.

In accordance with the directive contained in the Order, IT IS ORDERED THAT: the United States Air Force and the Yuba Sutter Mental Health Center are ordered to respond to the

/ / /

/ / /

/ / /

subpoenas previously served on them in this matter. Each of these entities is expected to comply with the subpoena previously served on it within fifteen (15) days from the date of this order unless an entity brings a motion to quash within that time.

Dated: <u>December 4, 2012</u>     /s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

82771.00001\7673217.1