SUSAN L. SCHOENIG, Bar No. 91048
susan.schoenig@bbklaw.com
LAURA J. FOWLER, Bar No. 186097
laura.fowler@bbklaw.com
Best Best & Krieger LLP
500 Capitol Mall Suite 1700 Sacramento, CA 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010

Attorneys for Defendant
KAUAI RESTAURANTS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>KAUAI RESTAURANTS, INC., a California corporation; and DOES 1-10, inclusive, | Case No. 2:11-cv-2033-MCE-GGH<br>**STIPULATION AND ORDER FOR MEDICAL EXAMINATION OF PLAINTIFF**<br>[F. R. Civ. P. 35] |

The parties, Kauai Restaurants, Inc. ("Defendant") and Shawn Wilson ("Plaintiff"), by and through their counsel of record, hereby stipulate as follows regarding a mental examination pursuant to Federal Rule of Civil Procedure 35:

1. Plaintiff will submit to a medical examination. The examination will be conducted by Howard J. Friedman, PhD.

2. The parties agree that Plaintiff's mental state is "in controversy" and that "good cause" exists for the examination, as Plaintiff is claiming substantial emotional distress as a result of his employment with Defendant.

3. The examination will consist of a mental examination to ascertain the nature and extent of Plaintiff's claimed emotional injuries. At the time of examination, Plaintiff shall participate in the examination and answer proper questions posed to him by the examiner, including questions related to the nature and extent of his claimed emotional injuries as well as the existence and nature and extent of any prior emotional injuries that could have been caused by events unrelated to his employment with Defendant.

The examination will take place at the following date, time, and location:

Monday, February 25, 2013 8:30 a.m. – 5:00 p.m. (with a lunch break) Howard J. Friedman, PhD 1855 San Miguel Drive, Suite 23 Walnut Creek, CA 94596

5. During the examination Plaintiff will be permitted to take a lunch break of not less than thirty minutes and restroom breaks as needed.

6. All provisions in Rule 35 (pertaining to disclosure of the examiner's report) apply according to the terms of the rule.

7. Defendant shall bear the cost of the examination.

IT IS SO STIPULATED.

Dated: February 6, 2012    BEST BEST & KRIEGER LLP

SUSAN L. SCHOENIG
Attorneys for Defendant
KAUAI RESTAURANTS, INC.
By: /s/ Susan L. Schoenig

Dated: February 6, 2013    SOTTILE BALTAXE

JEREMY SCHERWIN
Attorneys for Plaintiff
SHAWN WILSON
By: /s/ Jeremy Scherwin

IT IS SO ORDERED.

DATED: 02/13/13    /s/ Gregory G. Hollows
U.S. MAGISTRATE JUDGE