RONALD S. ERICKSON – SBN 70762
SUTTER COUNTY COUNSEL
WILLIAM J. VANASEK – SBN 178243
INTERIM ASSISTANT COUNTY COUNSEL
RICHARD STOUT – SBN 185737
DEPUTY COUNTY COUNSEL
JANET E. BENDER – SBN 204258
DEPUTY COUNTY COUNSEL
NAVNEET A. SINGH – SBN 263851
DEPUTY COUNTY COUNSEL
1160 Civic Center Blvd., Ste. C
Yuba City, CA 95993
Phone: (530) 822-7110
Fax:  (530) 822-7194

Attorneys for Sutter County Sheriff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WILSON,<br>　　　　　　　Plaintiff,<br>v.<br>KAUAI RESTAURANTS, INC., et al.,<br>　　　　　　　Defendant. | Case No.: 2:11-CV-2033-MCE-GGH<br><br>**PROTECTIVE ORDER RE RECORDS OF SUTTER COUNTY PEACE OFFICER**<br><br>Courtroom:  9<br>Judge: Gregory G. Hollows |

On or about December 4, 2012, the Sutter County Sheriff's Office's custodian of records received a subpoena from Susan L. Schoenig of Best Best & Krieger LLP (attorneys for Defendant Kauai Restaurants, Inc.), requesting all documents and information pertaining to a citizen complaint filed by Shawn Wilson regarding Deputy Tobias Brown under Federal Rule of Civil Procedure 45.  Specifically, the subpoena seeks all documents relating to the complaint and subsequent investigation and resolution of it.

For any documents that are turned over to Defendant's counsel or Plaintiff's counsel in response to the subpoena, the parties agree that such documents be subject to this protective order.

## **PROTECTIVE ORDER**

1.   Counsel for Defendant and counsel for Plaintiff shall personally secure and maintain the protected documents in their possession to the end that said protected documents are to be used only for the purposes set forth below and for no other purpose.

2.   The protected documents shall be used only in preparation for and in the prosecution or defense of this case, pending completion of the judicial process, including appeal.  The protected documents will remain protected from disclosure after completion of the judicial process in this matter.  Before filing any documents produced pursuant to this Protective Order with the Court, the filing party shall request to file the documents under seal in accordance with Local Rule 141, Local Rule 141.1, and the "good cause" standard articulated in *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010).  In the event the Court denies the request to file documents under seal, the filing party shall provide notice of that denial to all parties (including the Sutter County Sheriff's Office).

3.   Protected documents can be filed with the Court in this matter – either under seal (if the request to file under seal is granted) or as a regular filing (if the request to file under seal is denied).  Beyond filing documents with the Court in this matter, protected documents shall not be otherwise disseminated publicly or otherwise produced to any other individuals, entities, or parties.  Under no circumstances shall the confidential peace officer personnel record information and documents ordered disclosed by this Court be used in any proceeding other than this action, *Shawn Wilson v. Kauai Restaurants, Inc., et al.*, Case No. 2:11-CV-2033-MCE-GGH.

4.   Protected peace officer personnel record information and documents shall not, either orally or by writing, be inputted into any file, computer program, or database,

or listed manually in any file, manual, notebook, listing, or other writing as it pertains to law enforcement personnel, except any computer program or case file, manual, notebook, listing or other writing maintained specifically for this action, *Shawn Wilson v. Kauai Restaurants, Inc., et al.*, Case No. 2:11-CV-2033-MCE-GGH.

5. The attorneys for Defendant and the attorneys for Plaintiff, including any and all investigators, paralegal assistants or other consultants or agents hired to assist the attorneys for the parties in this action, shall at all times maintain the confidentially of all peace officer personnel record information and documents ordered disclosed. No one shall copy or divulge said information, either in writing or orally, except as authorized by this Protective Order.

6. At the conclusion of this action, and in order to allow the parties to exhaust their rights to appeal, the attorneys for the parties shall either destroy, or return to the Sutter County Sheriff's Office within ninety (90) days after judgment is final, all originals or copies of all confidential peace officer personnel documents and materials ordered disclosed by this Court, including without limitation, any delivered by the attorneys for the Defendant to any third party agent.

7. Each person before receiving a copy of a protected document (except those entitled to have access by paragraph 5 above), shall be given a copy of this Protective Order and a compliance agreement (in the form attached hereto as Exhibit A), and shall execute the compliance agreement, and return the original of the compliance agreement to the attorney who gives him/her the copy of the protected document(s). It shall be the responsibility of the respective attorneys to distribute compliance agreements, and then collect and maintain custody of the executed originals of the compliance agreements. At the conclusion of the legal proceedings in this matter, each person who has received a copy of protected documents shall return all such protected documents to the attorneys for the party who gave him/her the copy of the protected documents.

/ / /

8. Disobedience of this Protective Order may be treated as a Contempt of Court.

**IT IS SO ORDERED.**


Dated: February 27, 2013                               /s/ Gregory G. Hollows
                                                    United States Magistrate Judge

**EXHIBIT A**

**COMPLIANCE AGREEMENT**

I, _____, do solemnly swear that I have received a copy of and am fully familiar with the terms of the Protective Order in the case *Shawn Wilson v. Kauai Restaurants, Inc., et al.*, Case No. 2:11-CV-2033-MCE-GGH, and hereby agree to comply with and be bound by the terms and conditions of said Protective Order unless and until modified by further Order of the Court. I hereby consent to the jurisdiction of said Court for purposes of enforcing such Order.

Dated:_____

_____
Sign Name

_____
Print Name

_____
Address

_____
Telephone Number