**Michael F. Baltaxe, Esq., SBN: 129532**
**Timothy B. Sottile, Esq., SBN: 127026**
**Jeremy D. Scherwin, Esq., SBN: 274362**
**Brenda L. Valle, Esq., SBN: 283652**
**SOTTILE BALTAXE**
**4333 Park Terrance Drive, Suite 160**
**Westlake Village, California 91361**
**Telephone: (818) 889-0050**
**Facsimile: (818) 889-6050**

**Natalya Vartapetova, Esq., SBN: 247350**
**3940 Laurel Canyon Blvd., Ste 1038**
**Studio City, California 91604**
**Telephone: (818) 232-3190**
**Facsimile: (818) 232-3194**

**Okorie Okorocha, Esq., SBN: 226658**
**THE OKOROCHA FIRM**
**3940 Laurel Canyon Blvd, #1038**
**Studio City, CA 91604**
**Telephone: (626) 792-1301**
**Facsimile: (626) 340-4141**

Attorneys for Plaintiff, SHAWN WILSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WILSON, | Case No. 2:11-cv-2033-MCE-GGH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES SET FORTH IN PRETRIAL SCHEDULING ORDER** |
| KAUAI RESTAURANTS, INC., a California Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES SET FORTH IN PRETRIAL SCHEDULING ORDER**

WHEREAS the Court entered the May 2, 2012 Pretrial Scheduling Order establishing the deadline to complete non-expert discovery on March 6, 2013;

WHEREAS Plaintiff set the deposition of John Cook for February 27, 2013 and served Margaret Jorge with a subpoena on February 20, 2013 to appear for a deposition on February 26, 2013;

WHEREAS due to the unavailability of the two witnesses Plaintiff was unable to take the depositions.

IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES THAT the deadline to complete non-expert discovery be continued to May 6, 2013, for the sole purpose of taking the depositions of Margaret Jorge and John Cook.

Dated: March 14, 2013     SOTTILE BALTAXE

By:   /s/ Jeremy D. Scherwin
JEREMY D. SCHERWIN
Attorneys for Plaintiff

Dated: March 14, 2013     BEST, BEST & KRIEGER, LLP

By:   /s/ Susan L. Schoenig
SUSAN L. SCHOENIG
Attorneys for Defendant

IT IS HEREBY ORDERED that the deadline in the Pretrial Scheduling Order to complete the two non-expert depositions referenced above be continued to May 6, 2013.

IT IS SO ORDERED.

Dated:  03/15/2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE